UNITED STATES PATENT AND TRADEMARK OFFICE

———————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————————

URT UMWELT UND RECYCLINGTECHNIK GMBH
Petitioner

v.

DUESENFELD GMBH
Patent Owner

———————————————

Case IPR2024-00887
Patent 11,050,097

———————————————

**PETITIONER'S NOTICE OF APPEAL**

Via P-TACTS
Patent Trial and Appeal Board

Via email to efileSO@uspto.gov
Director of the United States Patent and Trademark Office
c/o Office of the Solicitor
United States Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, VA  22313

Via CM/ECF
United States Court of Appeals for the Federal Circuit

IPR2024-0087
U.S. Patent No. 11,050,097

## INTRODUCTION

URT Umwelt und Recyclingtechnik GmbH's (Petitioner's) appeal stems from the Patent Trial and Appeal Board's Final Written Decision entered on November 12, 2025 (Paper 45, "Final Written Decision"). This notice is timely filed within 63 days of the Final Written Decision. 37 C.F.R. § 90.3(a)(1).

## PETITIONER'S APPEAL

Please take notice that under 35 U.S.C. §§ 141(c), 142, 319; 37 C.F.R. §§ 90.2(a), 90.3(a), 90.3(b); and Federal Rules of Appellate Procedure/Federal Circuit Rule 4, Petitioner hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Written Decision, and all prior and interlocutory rulings related thereto or subsumed therein.

## PETITIONER'S ISSUES ON APPEAL

In accordance with 37 C.F.R. § 90.2(a)(3)(ii), Petitioner states that the issues for appeal include, but are not limited to:  (i) the Board's Final Written Decision determining that Petitioner has not shown by a preponderance of the evidence that claims 1-3 and 7-10 of the '097 patent are unpatentable, (ii) the Board's Final Written Decision granting Patent Owner's Motion to Amend to the extent that claims 12, 13, 16, and 19 shall be replaced with claims 26-29, respectively, and (iii) any finding or determination supporting or related to the aforementioned issues, including claim constructions, as well as all other issues decided adversely

1

IPR2024-00887
U.S. Patent No. 11,050,097

to Petitioner in any order, decision, ruling, phone conference decision, and/or

opinion.

Simultaneously with this submission, Petitioner is filing a true and correct

copy of this Notice of Appeal with the Director of the United States Patent and

Trademark Office and a true and correct copy of the same, along with the required

docketing fee, with the Clerk of the United States Court of Appeals for the Federal

Circuit as set forth in the accompanying Certificate of Filing.


Respectfully submitted,

Dated: January 14, 2026     /Brian Kauffman/

Brian Kauffman (Reg. No. 63,199)
*Counsel for Petitioner*
*URT Umwelt und Recyclingtechnik GmbH*

2

IPR2024-00887
U.S. Patent No. 11,050,097

## CERTIFICATE OF FILING

The undersigned hereby certifies that, in addition to being electronically filed through P-TACTS, a true and correct copy of the above-captioned Petitioner's Notice of Appeal is being filed by email with the Director on January 14, 2026, at the email address efileSO@uspto.gov, in accordance with 37 C.F.R. § 90.2(a)(1)(i).

The undersigned also hereby certifies that a true and correct copy of the above-captioned Petitioner's Notice of Appeal and the filing fee is being filed via CM/ECF with the Clerk's Office of the United States Court of Appeals for the Federal Circuit on January 14, 2026.


Dated:  January 14, 2026                    /Brian Kauffman/

Brian Kauffman
Nixon and Vanderhye, PC.
901 N. Glebe Rd
11th Floor
Arlington, VA 22213
Registration No. 63,199

*Counsel for Petitioner*
*URT Umwelt und Recyclingtechnik GmbH.*

3

IPR2024-00887
U.S. Patent No. 11,050,097

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing

Petitioner's Notice of Appeal was served on Patent Owner on January 14, 2026, by

emailing a copy to counsel at the email addresses listed below:

scarlson@robinskaplan.com

slaroque@robinskaplan.com

bborovik@robinskaplan.com

rk-duesenfeld@robinskaplan.com

smith@smithbaluch.com

laughton@smithbaluch.com

Dated:  January 14, 2026                  /Brian Kauffman/

Brian Kauffman
Nixon and Vanderhye, PC.
901 N. Glebe Rd
11th Floor
Arlington, VA 22213
Registration No. 63,199

*Counsel for Petitioner*
*URT Umwelt und Recyclingtechnik*
*GmbH.*

4